MAX PSATY v. FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., of BEN GOLDSTEIN, v. METROPOLITAN LIFE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

LOUIS GOLDSTEIN, as Administrator, etc., of BEN GOLDSTEIN, v. NEW YORK LIFE INSURANCE COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM C. ATWATER & Co., INC., v. STOKES COAL Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

WILLIAM C. ATWATER & Co., INC., v. STOKES COAL Co., INC.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JACOB A. OVERLANDER v. RUFUS M. OVERLANDER.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAURICE BASKIN & COMPANY, INC., and Others v. GEORGE HOWE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SPENCER R. HILL and Others v. THE INTERNATIONAL PRODUCTS COMPANY and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

MESEROLE SECURITIES Co., INC., v. JACK T. COSMAN and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of HARRY SIEGEL for an Order of Certiorari against JAMES A. BEHA, as Superintendent of Insurance of the State of New York.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NEW YORK LIFE INSURANCE COMPANY v. NETTIE B. MOYSE.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

COMMERCIAL HOUSE AND WINDOW CLEANING Co., INC., v. " JOHN " AWERKIN, etc., and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

JULIA SPURIUS v. ANTON MEISTER.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BENJAMIN R. KITTREDGE v. WILLIAM C. LANGLEY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

HOWARD BOHR v. THE KENSICO CEMETERY, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WONG AH JOE v. DOLLAR STEAMSHIP LINE.— Motion denied and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.